# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| STEVEN ENRIQUE MATTA, II, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2011-0091 |
| GOVERNMENT OF THE VIRGIN ISLANDS, USTON CORNELIUS, DONNELL SAMUEL, SAMUEL ABRAHAM, NYIEM FRANCE, ANTHONY HECTOR and EMANUEL TURNER, | ) |
| Defendants. | ) |

**Attorneys:**
**Kye Walker, Esq.,**
St. Croix, U.S.V.I.
    *For Plaintiff*

**Erika Marie Scott, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

## ORDER

**UPON CONSIDERATION** of Defendant Samuel Abraham's Motion to Dismiss (Dkt. No. 106), Plaintiff's Opposition thereto (Dkt. No. 127), the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant Samuel Abraham's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Defendant Samuel Abraham's motion to dismiss pursuant to Rule 12(b)(5) is **GRANTED**; and it is further

**ORDERED** that all claims against Defendant Samuel Abraham in his individual capacity are **DISMISSED WITHOUT PREJUDICE**; and it is further

Case: 1:11-cv-00091-WAL-GWC   Document #: 134   Filed: 01/08/16   Page 2 of 2

2

**ORDERED** that Defendant Samuel Abraham's motion to dismiss with prejudice is **DEINED**.

**SO ORDERED.**

Date:  January 8, 2016

                _____/s/_____
                WILMA A. LEWIS
                Chief Judge